

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2008

So ordered
2-22-08
/s/ Alvin K. Hellerstein

Honorable Alvin K. Hellerstein (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:     United States v. Diego Leon Sanchez-Lopez and Jorge Eliecer Lopez-Martinez
              08 Cr. 135 (AKH)

Dear Judge Hellerstein:

    The Government respectfully respectfully requests that the pre-trial conference in the above-captioned case, currently scheduled for today, February 22, 2008, at 10:45 a.m., be rescheduled to Thursday, February 28, 2008, at 3:30 p.m. I have spoken with Mr. Patrick Joyce, attorney for defendant Diego Leon Sanchez-Lopez, and he is unable to appear due to the inclement weather. On Your Honor's referral, defendant Jorge Eliecer Lopez Martinez was arraigned by Magistrate Judge Maas on Wednesday, February 20, 2008. I have been advised that, due to the unavailability of defense counsel for today arraignment and pre-trial conference, the arraignment of defendant Diego Leon Sanchez-Lopez will take place at the time of the initial pre-trial conference.

    The Government is in the process of preparing discovery and is in the midst of discussions of a possible disposition of this case with both defendants. The Government therefore respectfully requests that time be excluded, in the interests of justice, from today until February 28, 2008, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.* I have spoken with the attorneys representing both defendants, and they both consent to this exclusion of time.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc: Jack G. Goldberg, Esq.
225 Broadway Suite 905
New York, NY 10007
212-227-1900
Fax: 212-227-2736

Patrick James Joyce
70 Lafayette Street - 2nd Floor
New York, NY 10013
(212)-285-2299
Fax: (973)-324-2713